## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Mark D. Kimber, Leslie Kimber,                  Civil No. 11-492 (RHK/JJG)

           Plaintiffs,              **DISQUALIFICATION AND
ORDER FOR REASSIGNMENT**

vs.

DePuy Orthopaedics, Inc., Johnson
& Johnson Services, Inc., Johnson &
Johnson,

           Defendants.


       The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

       **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.  The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

       **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  March 1, 2011


                        s/Richard H. Kyle
                        RICHARD H. KYLE
                        United States District Judge